UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KAREN HERBOWY-HUBALEK,

    Plaintiff,

v.

LITHIA OF YORKVILLE-3, LLC;
LITHIA MOTORS, INC.; LITHIA
MOTORS SUPPORT SERVICES, INC.

    Defendants.

Civil Action No. 6:21-cv-00043-TJM-ATB

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived. Each party will bear its own attorney's fees and costs. Respectfully submitted,

*Attorneys for Plaintiff,*

Karen Herbowy-Hubalek

/s/ *signature*
_____

Katherine Gabriel (NY Bar #5782487)
The Law Offices of Wyatt & Associates, PLLC
17 Elm Street, Suite C211
Keene, NH 03431
(603) 357-1111
Katherine@Wyattlegalservices.com

Dated: October 9, 2024

*Attorneys for Defendants,*

Lithia of Yorkville-3, LLC.
Lithia Motors, Inc.
Lithia Motors Support Services, Inc.

/s/ B.D.C.
_____

Brian Carr
Monaco Cooper Lamme & Carr LLC
1881 Western Avenue, Suite 200
Albany, NY 12203
(518) 855-3535
bcarr@mclclaw.com

Dated: 10/9/24

IT IS SO ORDERED.

/s/ *signature*
_____
Frederick J. Scullin, Jr.
Senior United States District Judge

October 16, 2024